**DOCUMENT NOT IMAGED DUE TO REASON[S] CHECKED BELOW**

☐     **TOO VOLUMINOUS**

☐     **PHOTOGRAPHS**

☐     **CIVIL BOND**

☐     **CRIMINAL BOND**

☐     **MISCELLANEOUS [MC] CASE**

✹     **OTHER:** <u>**SEALED DOCUMENT**</u>

**TO VIEW THE DOCUMENT YOU MUST OBTAIN THE CASE FILE AT THE CLERK'S OFFICE. THE CLERK'S OFFICE IS OPEN FROM 8:30 AM. to 4:30 P.M. MONDAY THROUGH FRIDAY EXCEPT FOR LEGAL HOLIDAYS. TO OBTAIN A COPY CALL THE CLERK'S OFFICE SERVICE CENTER - COPY DESK AT 312-435-5699.**

**10/09**