# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 4319 | **DATE** | 6/11/2010 |
| **CASE TITLE** | USA ex rel John Stone vs. Omnicare, Inc. | | |

**DOCKET ENTRY TEXT**

United States' and the Named States' notice of election to decline intervention is granted. ENTER ORDER: It is ordered that the complaint be unsealed and served upon the defendants by the relator. All other contents of the court's file in this action remain under seal and shall not be made public or served upon the defendants, except for this order and the notice of election to decline intervention, which the relator will serve upon the defendant only after service of the complaint. The seal shall be lifted as to all other matters occurring in this action after the date of this order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | AMM |
|---|---|---|