# UNITED STATES DISTRICT COURT
for the

## Northern District of Illinois

| | |
|---|---|
| USA, et al ex rel. JOHN STONE <br> *Plaintiff* <br> v. <br> OMNICARE, INC. <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 09 C 4319 <br> ) <br> ) |

### JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other:
Defendant's motion to dismiss is granted with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

Date: Nov 20, 2012

Thomas G. Bruton, Clerk of Court

/S/ Donald Walker, Deputy Clerk