IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT OF
ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. JOHN STONE, et al.,     Plaintiff, v. OMNICARE, INC.,     Defendant. | Honorable James B. Zagel <br><br> Civil Action No: 1:09-cv-04319 <br><br> Magistrate Morton Denlow |

**ORDER OF DISMISSAL**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the False Claims Act, 31 U.S.C. § 3730(b)(1), the Plaintiff John Stone ("Relator") and Defendant Omnicare, Inc. ("Omnicare") filed a Stipulation of Dismissal as to all claims against Omnicare asserted in this civil action. Upon due consideration of the Stipulation, the other papers on file in this action, and the parties' representation that the United States has represented that it consents to the dismissal of this action with prejudice as to the Relator and without prejudice as to the United States and the plaintiff states and cities,

IT IS HEREBY ORDERED that, consistent with the terms of the Settlement Agreement executed by Relator and Omnicare, all claims in the action asserted by Relator shall be dismissed with prejudice as to Relator, and without prejudice as to the United States and all of the plaintiff states and cities.

IT IS SO ORDERED.

    4/15/13                                                                       _____
     Date                                                                            The Honorable James B. Zagel
                                                                                United States District Judge